VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Eduardo Subirats

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMIT M. EZYONI, et.al.,<br><br>  Defendants. | No.  CR 07-00788 JF<br><br>DECLARATION OF COUNSEL IN SUPPORT OF <u>EX PARTE</u> APPLICATION FOR WAIVER OF PERSONAL PRESENCE<br><br>Date:  April 2, 2008<br>Time:  9:00 a.m. |

I, VICKI H. YOUNG, state and declare as follows:

1. I am the attorney appointed to represent the defendant Eduardo Subirats in the above matter.

2. Eduardo Subirats lives in Miami, Florida. Since the appearance on April 2, 2008, is a status date, he has requested that his personal presence be waived.

3. On March 10, 2008, I spoke with AUSA Jeffrey Nedrow regarding Mr. Subirats' presence at the status date.  He advised that he had no objection to excusing the defendant's presence on April 2, 2008.

4. Under F.R.Cr. P. 43(c), a defendant need not be present when the proceeding involves only a conference or hearing upon a question of law.

///

DECLARATION OF COUNSEL        - 1 -

1   I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my
2   ability, information and belief except for those matters alleged as to information and belief and as to
3   those matters I believe them to be true.

4   Executed this 10th day of March, 2008, at Palo Alto, California.

6      /s/   Vicki H. Young
   VICKI H. YOUNG, ESQ.
7      Attorney for Eduardo Subirats

DECLARATION OF COUNSEL               - 2 -