**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 07-00788 JF |
| Plaintiff, | |
| v. | [PROPOSED] ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE |
| EDUARDO SUBIRATS, | |
| Defendant. | Date:  April 2, 2008<br>Time   9:00 a.m. |

UPON APPLICATION OF the defendant, EDUARDO SUBIRATS, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT EDUARDO SUBIRATS' personal presence at the status date of April 2, 2008, is hereby waived under F.R.Cr.P. 43(c).

Dated:

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER WAIVING
PERSONAL PRESENCE                         - 1 -