# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUARDO SUBIRATS,<br><br>    Defendant. | No.  CR 07-00788 JF<br><br>[~~PROPOSED~~] ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE<br><br>Date:  April 2, 2008<br>Time   9:00 a.m. |

UPON APPLICATION OF the defendant, EDUARDO SUBIRATS, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT EDUARDO SUBIRATS' personal presence at the status date of April 2, 2008, is hereby waived under F.R.Cr.P. 43(c).

Dated:  3/14/08

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

[PROPOSED] ORDER WAIVING
PERSONAL PRESENCE                                - 1 -