VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Eduardo Subirats

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00788 JF (PVT) |
| Plaintiff, | |
| v. | STIPULATION RE TRAVEL; [XXXXXXXXXX] ORDER |
| AMIT M. EZYONI, et.al., | |
| Defendants. | |

It is hereby stipulated between the defendant Eduardo Subirats, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the bond for Eduardo Subirats may be modified to permit Eduardo Subirats to drive with his family from his residence in Miami, Florida, in the Southern District of Florida, to Orlando, Florida, in the Middle District of Florida, from August 8, 2008, to August 10, 2008, for a family vacation at Disney World.

Eduardo Subirats will leave on August 8, 2008, and will return on August 10, 2008.

The next court appearance in this matter is a status appearance before Judge Fogel on August 6, 2008, however that court date will be continued.  Mr. Subirats' presence at the court appearance has been excused.

STIPULATON AND [PROPOSED] ORDER
RE TRAVEL                                                      - 1 -

1  It is so stipulated.

2  Dated:     July 26, 2008                    Respectfully submitted,

3

4
                                                /s/ Vicki H.Young
5                                               VICKI H. YOUNG
                                                Attorney for Eduardo Subirats
6

7  DATED:    July 26, 2008                      JOSEPH RUSSIONELLO
                                                United States Attorney
8

9
                                                /s/ Jeffrey Nedrow
10                                              Jeffrey Nedrow
                                                Assistant U.S. Attorney
11

12

13                              [PROPOSED] ORDER

14

15      GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Eduardo

16  Subirats to drive from the Southern District of Florida, to Disney World, in the Middle District of

17  Florida, from August 8, 2008, to August 10, 2008, for a family vacation.

18      All other conditions of bond remain in full force and effect.

19      IT IS SO ORDERED.

20  DATED:   July 28, 2008

21                                              _____
                                                United States Magistrate Judge
22

23

24

25

26

STIPULATON AND [PROPOSED] ORDER
RE TRAVEL                                - 2 -