VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Eduardo Subirats

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR 07-00788 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION FOR |
| v. | ) | WAIVER OF DEFENDANT'S |
| | ) | PERSONAL PRESENCE |
| AMIT M. EZYONI, et.al., | ) | |
| | ) | |
| Defendants. | ) | Date:    August 13, 2008 |
| | ) | Time:    10:00 a.m. |

The defendant, Eduardo Subirats, by and through his attorney of record, Vicki H. Young hereby applies to this Court for an order under F.R.Cr.P. 43(c) waiving his personal presence at the status date of April 2, 2008.

Dated: August 4, 2008                              Respectfully Submitted,


　　　/s/   Vicki H. Young
VICKI H. YOUNG
Attorney for Eduardo Subirats

EX PARTE APPLICATION RE
WAIVER OF PERSONAL PRESENCE            - 1 -