1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Defendant Eduardo Subirats
5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,          )  No.  CR 07-00788 JF
                                      )
11              Plaintiff,            )
                                      )  DECLARATION OF COUNSEL IN
12      v.                            )  SUPPORT OF EX PARTE
                                      )  APPLICATION FOR WAIVER OF
13 AMIT M. EZYONI, et.al.,            )  PERSONAL PRESENCE
                                      )
14              Defendants.           )  Date:  August 13, 2008
                                      )  Time:  10:00 a.m.
15

16      I, VICKI H. YOUNG, state and declare as follows:

17      1.      I am the attorney appointed to represent the defendant Eduardo Subirats in the above

18 matter.

19      2.      Eduardo Subirats lives in Miami, Florida. Since the appearance on August 13, 2008, is

20 a status date, he has requested that his personal presence be waived.

21      3.      On August 4, 2008, I spoke with AUSA Jeffrey Nedrow regarding Mr. Subirats'

22 presence at the status date.  He advised that he had no objection to excusing the defendant's presence

23 on August 13, 2008.

24      4.      Under F.R.Cr. P. 43(c), a defendant need not be present when the proceeding involves

25 only a conference or hearing upon a question of law.

26 ///

DECLARATION OF COUNSEL              - 1 -

1   I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my
2   ability, information and belief except for those matters alleged as to information and belief and as to
3   those matters I believe them to be true.
4   Executed this 4th day of August, 2008, at Palo Alto, California.

5

6          /s/   Vicki H. Young
    VICKI H. YOUNG, ESQ.
7   Attorney for Eduardo Subirats

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF COUNSEL                    - 2 -