IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO SUBIRATS,<br><br>　　　　　Defendant. | No.  CR 07-00788 JF<br><br>[PROPOSED] ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE<br><br>Date:　August 13, 2008<br>Time　10:00 a.m. |

UPON APPLICATION OF the defendant, EDUARDO SUBIRATS, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT EDUARDO SUBIRATS' personal presence at the status date of August 13, 2008, is hereby waived under F.R.Cr.P. 43(c).

Dated: 8/11/08

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER WAIVING
PERSONAL PRESENCE　　　　　　- 1 -