1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9   UNITED STATES OF AMERICA,              )   No.   CR 07-00788 LHK
                                           )
10                       Plaintiff,        )
                                           )   [PROPOSED] ORDER WAIVING
11          v.                             )   DEFENDANT'S PERSONAL
                                           )   PRESENCE
12  EDUARDO SUBIRATS,                      )
                                           )
13                       Defendant.        )   Date:        February 1, 2012,
                                           )   Time         10:00 a.m.
14

15          UPON APPLICATION OF the defendant, EDUARDO SUBIRATS, and good cause appearing

16  therefore,

17          IT IS HEREBY ORDERED THAT EDUARDO SUBIRATS' personal presence at the status

18  date of February 1, 2012, is hereby waived under F.R.Cr.P. 43(c).

19  Dated:      1/24/12

20                                          *Lucy H. Koh*
                                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

[PROPOSED] ORDER WAIVING
PERSONAL PRESENCE                          - 1 -