**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No.   CR 07-00788 LHK |
| Plaintiff, | ) |
| | )  [PROPOSED] ORDER WAIVING |
| v. | )  DEFENDANT'S PERSONAL |
| | )  PRESENCE |
| EDUARDO SUBIRATS, | ) |
| | ) |
| Defendant. | )  Date:        March 21, 2012, |
| | )  Time        10:00 a.m. |

UPON APPLICATION OF the defendant, EDUARDO SUBIRATS, and good cause appearing

therefore,

IT IS HEREBY ORDERED THAT EDUARDO SUBIRATS' personal presence at the status

date of March 21, 2012, is hereby waived under F.R.Cr.P. 43(c).

Dated:     3/14/12

_Lucy H. Koh_
_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER WAIVING
PERSONAL PRESENCE                          - 1 -